# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Waycross Division

2008 JUL 21 PM 2: 26

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ronald Bronner ) | Case No: CR502-00010-001 |
| ) | USM No: 29941-018 |
| Date of Previous Judgment: March 11, 2003 ) | Jeffery Parker |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's motion is denied because his offense level is determined based on the career offender provisions of the guidelines and not the total quantity of cocaine base attributed to him.

Except as provided above, all provisions of the judgment dated March 11, 2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 21, 2008

Judge's signature

William T. Moore, Jr.
Chief Judge, U. S. District Court
Printed name and title

Effective Date: _____
(if different from order date)